IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DYRIAN K. STRONG, 09092418**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:10-CV-1957-L** |
| **DALLAS COUNTY**, | § § § | |
| Defendant. | § | |

## ORDER

Before the court is *pro se* Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, filed March 3, 2011. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 5, 2012, recommending that Plaintiff's action be dismissed *sua sponte* pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the court's January 24, 2012 order requiring Plaintiff to either pay the requisite filing fee or file a motion to proceed *in forma pauperis* within 30 days. Plaintiff did not file objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** them as those of the court, and **dismisses** this action **without prejudice**.

**It is so ordered** this 23rd day of March, 2012.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page